IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/9/23 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                                    )
                                          )   Case No. 23-22116-CMB
Charles J. Ulrich,                        )   Chapter 13
   *Debtor*                                   )
                                          )
Charles J. Ulrich,                        )   (Prior Chapter 13 Bankruptcy Case filed at
   *Movant*                                   )   Docket No. 23-20695 CMB, dismissed by
                                          )   Order of Court dated July 14, 2023.)
   vs.                                    )
                                          )
Armco Credit Union, Harley Davidson       )
Financial, PennyMac Loan Services,        )
Commonwealth of PA, Bank of America,      )
Brickhouse OPCO, Capital One, Citibank,   )
County Hauling Corp., Duquesne Light,     )
LVNV Funding & Resurgent Capital,         )
Peoples Natural Gas, West Penn Power,     )
   *Respondents*.                             )

**STIPULATED ORDER PROVIDING FOR**
**PRE-CONFIRMATION ADEQUATE PROTECTION**

Pursuant to 11 U.S.C. §§ 105 and 361, and pursuant to the *Chapter 13 Initial Case Management Order*, the Chapter 13 Trustee and the Debtor(s) stipulate as follows:

1. This Stipulated Order relates to the following creditor:

   Secured Creditor:            **Armco Credit Union**
   Collateral:                  **2018 Harley-Davidson Motorcycle**
                                **VIN: 1HD1KRC19JB604853**
   Monthly Contractual Payment: **$290.59**

2. Prior to plan confirmation, and effective no earlier than the Chapter 13 Trustee's **November, 2023** distribution date, the Chapter 13 Trustee shall disburse to **Armco Credit Union** adequate protection payments of **$290.59 a month**

-1-

from funds received by the Chapter 13 Trustee from the Debtor(s) (and after deduction of percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586). From and after plan confirmation, the Chapter 13 Trustee shall make regular monthly payments from funds received from the Debtor(s) pursuant to the terms set forth in the confirmed plan.

3. Trustee disbursements pursuant to this Order are from available funds (i.e., plan payments by debtor that has posted and been processed by Trustee far enough in advance of the distribution date to meet the Trustee's standard hold period for that type of payment). Absent further Order of the Court, if the funds on hand are insufficient to fully honor the payments and there are more than one of these Stipulated Orders in place for multiple creditors, then in such event the Trustee is hereby ordered to pro-rate each adequate protection disbursement.

4. If any creditor(s) designated in paragraph 1 of this Stipulated Order obtains relief from the automatic stay, such distributions shall cease effectively upon entry of an order granting relief from the automatic stay.

5. The Automatic Stay in the case of Charles J. Ulrich is hereby unconditionally extended beyond thirty days to all other creditors and shall continue in full force and effect until further order of this Court or dismissal of this case.

SO ORDERED this  9th  day of November, 2023.

_____ jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:                    Stipulated by:

/s/ Kenneth Steidl                /s/ Owen Katz
Counsel to Debtor                 Counsel to Chapter 13 Trustee

-2-

Stipulated by:


By: ___/s/ Matthew F. Marshall_____
Matthew F. Marshall, Esquire
Counsel for Creditor Armco Credit Union

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-22116-CMB

Charles J. Ulrich
    Debtor

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Nov 09, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charles J. Ulrich, 160 Seavey Road, Pittsburgh, PA 15223-1527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Charles J. Ulrich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew F. Marshall | on behalf of Creditor Armco Credit Union mmarshall@dmkcg.com spavick@dmkcg.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Nov 09, 2023 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7