Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23–22116–CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

    Charles J. Ulrich
    160 Seavey Road
    Pittsburgh, PA 15223

Social Security No.:
    xxx–xx–8623

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412–391–8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412–471–5566

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
February 26, 2024
09:00 AM
remotely by the Trustee via Zoom, how to
participate:goto www.ch13pitt.com,
meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
February 26, 2024
09:00 AM
remotely by the Trustee via Zoom, how to
participate:goto www.ch13pitt.com,
meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE
DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL
RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE
OR HEARING.**

Dated: 1/9/24

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 23-22116-CMB

Charles J. Ulrich                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: rsc13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles J. Ulrich, 160 Seavey Road, Pittsburgh, PA 15223-1527 |
| cr | | Armco Credit Union, P.O. Box 1589, Butler, PA 16003-1589 |
| 15644325 | + | Armco Credit Union, 101 Hollywood Drive, Butler, PA 16001-7607 |
| 15644328 | + | Brickhouse OPCO, 4053 Maple Rd., Suite 122, Buffalo, NY 14226-1058 |
| 15644332 | + | Commonwealth of Pennsylvania, Office of Attorney General, 16th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 15644333 | | County Hauling Corp, 901 Tyrol Blvd., Belle Vernon, PA 15012 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2024 23:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 09 2024 23:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15644326 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2024 23:55:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15644327 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2024 23:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15666152 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2024 23:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15644330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 00:05:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15644329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 00:06:08 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15648292 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 00:06:01 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15644331 | | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2024 23:55:00 | Citibank, c/o Quantum3 Group, Po Box 280, Kirkland, WA 98083-0280 |
| 15665151 | + | Email/Text: jdryer@bernsteinlaw.com | Jan 09 2024 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15644334 | + | Email/Text: jdryer@bernsteinlaw.com | Jan 09 2024 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley,, 601 Grant Street, 9th Floor, Pittsburgh, PA |

District/off: 0315-2 · User: auto · Page 2 of 3

Date Rcvd: Jan 09, 2024 · Form ID: rsc13 · Total Noticed: 30

|  |  |  |  | 15219-4430 |
|---|---|---|---|---|
| 15644336 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 09 2024 23:55:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15644335 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 09 2024 23:55:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15666150 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 09 2024 23:55:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15644337 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 00:05:19 | LVNV Funding & Resurgent Capital, P. O. Box 10587, Greenville, SC 29603-0587 |
| 15664736 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 00:05:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15644339 | + | Email/PDF: ebnotices@pnmac.com | Jan 10 2024 00:05:35 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15644338 | + | Email/PDF: ebnotices@pnmac.com | Jan 10 2024 00:06:04 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15663025 | + | Email/PDF: ebnotices@pnmac.com | Jan 10 2024 00:05:22 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15644340 | ^ | MEBN | Jan 09 2024 23:51:35 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15654952 | + | Email/Text: ebnpeoples@grblaw.com | Jan 09 2024 23:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15644341 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 09 2024 23:55:00 | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15644342 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 09 2024 23:55:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15666151 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2024          Signature:          /s/Gustava Winters

District/off: 0315-2                                    User: auto                                    Page 3 of 3
Date Rcvd: Jan 09, 2024                          Form ID: rsc13                            Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Charles J. Ulrich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew F. Marshall | on behalf of Creditor Armco Credit Union mmarshall@dmkcg.com  spavick@dmkcg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7