IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-22116-CMB |
| Charles J. Ulrich, ) | Chapter 13 |
| *Debtor* ) | |
| ) | |
| ) | (Prior Chapter 13 Bankruptcy Case filed at |
| Armco Credit Union, ) | Docket No. 23-20695 CMB, dismissed by |
| *Movant* ) | Order of Court dated July 14, 2023.) |
| ) | Related to Doc. No. 38 |
| vs. ) | |
| ) | |
| Charles J. Ulrich and Ronda J. Winnecour, ) | **ENTERED BY DEFAULT** |
| *Respondents*. ) | |

### ORDER FOR TERMINATION OF THE STAY

AND NOW, this __7th__ day of __February__, 2024, upon consideration of the Motion filed by Armco Credit Union ("Movant") For Relief From the Automatic Stay, and after hearing thereon and for good cause shown, it is hereby

ORDERED AND DECREED that the Automatic Stay under Section 362(a) is terminated as to Movant with respect to the Debtor's 2018/SPE Harley-Davidson, FLHXS Street Glide with VIN 1HD1KRC19J8604853 (the "Vehicle"), and it is further

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

ORDERED AND DECREED that the Debtor forthwith surrender the Vehicle to Movant, allow Movant to take immediate possession of the Vehicle, and fully cooperate with Movant to accomplish such repossession by Movant, its agents, and/or its employees, and granting leave to Movant to sell and/or otherwise dispose of the Vehicle pursuant to all agreements between Movant

and the Debtor, and all other applicable agreements and principles of law and equity, and the Trustee is directed to abandon his/her interest in the Vehicle.

BY THE COURT:

_Carlota M. Böhm_
Bankruptcy Judge    dmr

FILED
2/7/24 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22116-CMB |
| Charles J. Ulrich | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charles J. Ulrich, 160 Seavey Road, Pittsburgh, PA 15223-1527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Charles J. Ulrich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew F. Marshall | on behalf of Creditor Armco Credit Union mmarshall@dmkcg.com spavick@dmkcg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 07, 2024 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7