**PROCEEDING MEMO**

**Date: 03/26/2024 01:30 pm**

In re:   Charles J. Ulrich

**Bankruptcy No. 23-22116-CMB**
**Chapter: 13**
**Doc. #29**

**Appearances:** Owen Katz, Julie Steidl

**Nature of Proceeding: #29 Contested November 20, 2023 Plan**

**OUTCOME:** Hearing held. Case is dismissed due to lack of payment and nonfeasability of the plan.

FILED
3/26/24 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  dmr
**Carlota Böhm**
**U.S. Bankruptcy Judge**